IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT A. MCNEIL, ) | |
| ) | Case No. 1:15-cv-01288 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| COMMISIONER, INTERNAL REVENUE; ) | |
| and UNITED STATES ATTORNEY ) | |
| GENERAL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## UNITED STATES' MOTION TO DISMISS

The United States of America, by and through its attorneys and pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), moves the Court to dismiss the Original Complaint ("Complaint") of Plaintiff Robert McNeil for lack of subject matter jurisdiction and failure to state a claim upon which relief could be granted.

As more fully set forth in the attached memorandum of law, the grounds for this motion are as follows:

(1) The Court lacks subject matter jurisdiction to entertain the Complaint because it is barred under the Anti-Injunction Act, 26 U.S.C. § 7421(a), and because the Plaintiff has not – and cannot – establish his Article III standing;

(2) The Complaint fails to state a claim on which relief can be granted because the Plaintiff's claims, which are premised on violations of the Fifth Amendment, fail to establish cognizable constitutional violations, are based on statutorily-authorized

1

conduct, and are not pled with particularity under Federal Rule of Civil Procedure 9(b).

The Plaintiff's failure to respond to this motion may result in the Court granting the motion and dismissing the Complaint.

Date: October 19, 2015

Respectfully submitted,

CAROLINE D. CIRAOLO
Acting Assistant Attorney General


*/s/ Ryan O. McMonagle*
RYAN O. MCMONAGLE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
Telephone: (202) 307-1355
Facsimile: (202)-514-6866
Email: Ryan.McMonagle@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2015, I filed the foregoing Motion to Dismiss, the attached Memorandum In Support of Motion to Dismiss, and the attached Proposed Order with the Clerk of Court using the CM/ECF system, and served them by U.S. mail, postage prepaid, to:

Robert A. McNeil
701 N. Hwy 281, Suite E # 193
Marble Falls, Texas 78654
*Plaintiff, pro se*

>                             */s/ Ryan O. McMonagle*
>                             RYAN O. MCMONAGLE