# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT A. MCNEIL,<br>    Plaintiff<br><br>v.<br><br>COMMISSIONER, INTERNAL REVENUE, *et al.*,<br>    Defendants | Civil Action No. 15-1288 (CKK) |

## ORDER
(April 12, 2016)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 12th day of April, 2016, hereby

**ORDERED** that the United States' [4] Motion to Dismiss is GRANTED.

It is further **ORDERED** that Plaintiff's [8] Motion to Resolve Fact Disputes is DENIED.

It is further **ORDERED** that the United States' [9][10] Motion to Strike Improper Surreply is DENIED AS MOOT.

This action is DISMISSED in its entirety.

The Clerk of the Court shall send a copy of this Order and the accompanying Memorandum Opinion to Plaintiff at his address of record.

**SO ORDERED.**

*This is a final, appealable order.*

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　United States District Judge